# United States District Court
# Central District of California

DEANCO HEALTHCARE, LLC, doing business as MISSION COMMUNITY HOSPITAL, a California limited liability company,

                Plaintiff,

    v.

XAVIER BECERRA, in his official capacity as the Attorney General for the State of California; the OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; and the STATE OF CALIFORNIA,

                Defendants.

Case No. 2:18-cv-03934-ODW (PJW)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.    Plaintiff shall recover nothing from Defendant;

2.    Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

February 6, 2019

 

 

_____

        **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**